IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNIE MARDESICH, et. al., | CASE NO. 5:12-cv-00867 EJD |
| Plaintiff(s), | **ORDER EXTENDING DEADLINE FOR RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| TEVIS R. IGNACIO, | |
| Defendant(s). | |

On February 22, 2012, Defendant Tevis R. Ignacio ("Defendant") removed to this court what appears to be a domestic relations action originally filed in Santa Clara County Superior Court. See Docket Item No. 1. After reviewing the action, this court issued a Memorandum and Order to Show Cause ("OSC") on March 2, 2012, requiring Defendant to demonstrate the basis for federal jurisdiction by March 16, 2012. See Docket Item No. 9. However, the OSC was returned as undeliverable, and the court has not received a direct response to the OSC from Defendant.

It appears Defendant has since provided an updated mailing address. Accordingly, the clerk shall serve on Defendant, at his updated address, a copy of this Order along with the original OSC filed March 2, 2012.

The court also extends the deadline for Defendant to respond to the OSC. Thus, if Defendant does not, **by April 4, 2012**, demonstrate in writing the basis for this court's subject matter jurisdiction, the court will summarily remand this action to Santa Clara County Superior Court. No hearing will be held on the Order to Show Cause unless ordered by the court.

**IT IS SO ORDERED.**

Dated: March 20, 2012

EDWARD J. DAVILA
United States District Judge