IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNIE MARDESICH, et. al., | CASE NO. 5:12-cv-00867 EJD |
| Plaintiff(s), | **ORDER REMANDING ACTION TO STATE COURT** |
| v. | |
| TEVIS R. IGNACIO, | |
| Defendant(s). | |

On February 22, 2012, Defendant Tevis R. Ignacio ("Defendant") removed to this court what appears to be a domestic relations action originally filed in Santa Clara County Superior Court. See Docket Item No. 1. After reviewing the action, this court issued a Memorandum and Order to Show Cause ("OSC") on March 2, 2012, requiring Defendant to demonstrate the basis for federal jurisdiction by March 16, 2012. See Docket Item No. 9. The court then extended the response deadline to April 4, 2012. See Docket Item No. 12.

On March 29, 2012, Defendant submitted a return to the OSC and Request for Judicial Notice under the name "Robin Hood." See Docket Item Nos. 13, 14. The court has reviewed these submissions but finds them unresponsive to the question of jurisdiction.

Accordingly, federal jurisdiction over this action is lacking for the reasons stated in the original memorandum. The clerk shall therefore REMAND this action to Santa Clara County Superior Court and close this file.

**IT IS SO ORDERED.**

Dated: April 5, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-00867 EJD
ORDER REMANDING ACTION TO STATE COURT